# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **WALLACE LUCKETT,** | **JUDGMENT IN A CIVIL CASE** |
|     Plaintiff, | |
| v. | |
| **MEMPHIS POLICE DEPARTMENT, ET AL.,** | **CASE NO: 16-2324-STA-egb** |
|     Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the ORDER TO MODIFY DOCKET, ORDER DISMISSING COMPLAINT, ORDER CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH AND NOTIFYING PLAINTIFF OF APPELLATE FILING FEE entered on May 15, 2017, this cause is hereby dismissed.**

                                        **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/16/2017                THOMAS M. GOULD
                                          **Clerk of Court**

                                              s/Maurice B. BRYSON

                                              **(By) Deputy Clerk**